**Order entered September 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00865-CV

**THOMAS G. BROWN D/B/A/ B & B CONSTRUCTION COMPANY, Appellant**

**V.**

**FIRST STATE BANK OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 56631**

## ORDER

The clerk's record in this appeal is incomplete but can be supplemented with the clerk's record in appellate cause number 05-19-00551-CV, which stems from the same underlying cause as this appeal. Accordingly, on the Court's own motion, we **DIRECT** the Clerk of the Court to transfer a copy of the clerk's record filed in appellate cause number 05-19-00551-CV into this appeal.

/s/    ERIN A. NOWELL
        JUSTICE